FILED

2017 OCT 18 PM 4: 05

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| | ) | 1:17 CR 426 |
| v. | ) | CASE NO._____ |
| | ) | Title 18, Section 1709, United States Code |
| THOMAS N. SCHAEFER, | ) | |
| Defendant. | ) | |

JUDGE BOYKO

## COUNT 1

The Grand Jury charges:

On or about August 4, 2017, in the Northern District of Ohio, Eastern Division, the Defendant, THOMAS N. SCHAEFER, being a Postal Service officer or employee, did knowingly embezzle a package and any article or thing contained therein entrusted to him, and which came into his possession intended to be conveyed by mail and delivered by a person employed in any department of the Postal Service, to wit: a parcel in a large brown cardboard box affixed with Priority Mail tape, with a tracking number ending in 7214 0718 02 and a

destination address on Melgrove Ave., in Garfield Heights, OH 44105, in violation of Title 18, United States Code, Section 1709.

A TRUE BILL.

Original Document—Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.